■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD C. BOYD, Respondnet, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Appellant.—Judgment unanimously affirmed (see *Matter of*

*Hurley v Ward,* 61 AD2d 881). (Appeal from judgment of Wyoming Supreme Court—art 78.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.